**Opinion issued November 18, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-14-00549-CV
_____

**GERARDO GONZALEZ AND CLAUDIA GONZALEZ, Appellants**

**V.**

**RAY GARNER IN HIS OFFICIAL CAPACITY AS POLICE CHIEF AND POLICE FIREFIGHTERS CIVIL SERVICE COMMISSION OF THE CITY OF LAREDO, TEXAS, Appellees**

---

**On Appeal from the 341st District Court**
**Webb County, Texas**
**Trial Court Cause No. 2014-CVZ-000391-D3**

---

### MEMORANDUM OPINION

Appellants, Gerardo Gonzalez and Claudia Gonzalez, have neither paid the

required fees nor established indigence for purposes of appellate costs. *See* TEX. R.

APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(b).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.